Case 15-00649    Doc 22    Filed 02/16/16    Entered 02/18/16 10:11:21    Desc Main
Document    Page 1 of 2

15-00649:20_0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 2/11/2016 3:30:57 PM by:Joseph Michelotti Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 15-20595 |
| Susana Hernandez | ) | Judge Jack B. Schmetterer |
| Ramon Hernandez | ) | Trustee Tom Vaughn |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| Susana Hernandez | ) | |
| Ramon Hernandez | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | No. 15-649 |
| | ) | |
| vs. | ) | |
| | ) | |
| Citimortgage, Inc. | ) | |
| Defendant(s) | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

FINDINGS OF FACT

1. The Plaintiffs, Susana Hernandez, and Ramon Hernandez, as individuals residing at 5436 S. Lotus, Chicago, IL 60638 as described fully in schedule A.

2. Citimortgage, Inc. is a lender and/or servicer of mortgages.

3. On June 12, 2015 Susana Hernandez and Ramon Hernandez filed a Petition for Relief under Chapter 13 of title 11 of the United States Code in the Northern District of Illinois as Case Number 15-20595.

4. This Adversary Proceeding arises under 502 and 506 of the United States Bankruptcy Code.

5. This Honorable Court has jurisdiction over this Adversary Proceeding pursuant to 28 USC 151, 157, and 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois, in that this action relates to the Bankruptcy Case of Susan Hernandez and Ramon Hernandez, which is currently pending before this Honorable Court.

6. The fair market value at the time of filing of case number 15-20595 of the real estate was 147,000.00. A first mortgage lien is currently held by the amount of 175,636.46.

Case 15-00649    Doc 22    Filed 02/16/16    Entered 02/18/16 10:11:21    Desc Main
Document    Page 2 of 2

15-00649:20.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 2/11/2016 3:30:57 PM by:Joseph Michelotti Page 2 of 2

7. The Defendant, Citimortgage, Inc., holds a junior mortgage originally granted in the amount of $45,000.00. This junior mortgage was recorded in the Office of the Cook County Recorder of Deeds as Document Number 070321309 on February 1, 2007.

8. Plaintiff seeks to determine the nature and extent of the junior mortgage lien of the Defendant and avoid the junior mortgage lien.

CONCLUSIONS OF LAW

1. Under 506(a) and 506(d), Defendant Citimortgage, Inc's junior mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and Defendant Citimortgage, Inc.'s lien is void to the extend that it is not an allowed secured claim.

2. The amount owed on the first mortgage of at least $175,636.46 exceeds the value of the underlying property $147,000.00 as indicated on Schedule A.

3. Because the junior mortgage lien held by defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In Re Zlogar, 126 B.R. 53, 57) 7th Cir N.D.I.L. 1991); In Re Nobleman vs American Savings Bank, 508 U.S. 324 (7th Cir 1983); In Re Mann, 249 B.R. 831, 840 (1st Cir BAP 2000); In Re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir. 2001); In Re McDonald, 205 F. 2d 606 (3rd Cir 2000); Bartee v. Tara Colony Homeowners Assoc., 212 F. 3d277 (5th Cir 2000); In Re Lam, 211 B.R. 36 (9th Cir BAP 1357); In Re Tanner, 217 F 3d 1357 (11th Cir.)

4. Plaintiff Susana Hernandez and Ramon Hernandez is entitled to a Judgment against Citimortgage, Inc. and a finding that the lien of Citimortgage, Inc. is completely unsecured, and avoid the junior mortgage of Citimortgage, Inc. recorded in the office of the Cook County Recorder of Deeds as Document Number 0703213009, and a finding that the junior mortgage is of no further legal effect and Orders to Citimortgage, Inc. to release the junior mortgage as a Lien of the Real Estate commonly known as 5436 S. Lotus Chicago, IL.

By One of their Attorneys,

/s/ Joseph C. Michelotti

Michelotti & Associates, Ltd.
Joseph C. Michelotti 6185760
2625 Butterfield Suite 138S
Oak Brook, IL 60523
630-928-0100

Enter:

U S Bankruptcy Judge

FEB 16 2016